## Crook. *v.* Alabama Brewing Co.

APPEAL from the City Court of Anniston.
Tried before the Hon. THOS. W. COLEMAN, JR.

BLACKWELL & AGEE, for appellant.

KNOX, ACKER & BLACKMON, for appellee.

This was an action of detinue, brought by the appellee against the appellant. From a judgment in favor of the plaintiff the defendant appeals.

Appeal dismissed.

Opinion by SHARPE, J.